Dismissed and Memorandum Opinion filed July 1, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00116-CV

____________

 

DUNG LUONG, Appellant

 

V.

 

FARMERS INSURANCE GROUP, Appellee

 



 

On Appeal from the County Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 922033

 



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed November 12, 2009.  On June 24, 2010, the
parties filed a joint motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Anderson, Frost, and
Seymore.